UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCISCO JAVIER AYALA-

NAVARRO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 2:26-cv-02505-TMC

ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS

#### I.    ORDER

The petition for writ of habeas corpus is GRANTED. Respondents concede that

Petitioner is a Bond Denial Class member in *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d

1297 (W.D. Wash. 2025). Noncitizens "present without admission who are apprehended in the

interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)."

*Rodriguez Vazquez v. Bostock*, --- F.4th ---, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026).

Petitioner has shown that his mandatory detention under § 1225(b) violates the INA, entitling

him to habeas relief. *See* 28 U.S.C. § 2241(c)(3). The Court ORDERS as follows:

1.    The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 1

2. Within seven days of receiving Petitioner Francisco Javier Ayala-Navarro's request for a bond hearing, Respondents must either release him or provide him a bond hearing under 8 U.S.C. § 1226(a).

3. If Petitioner is released, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

Any fee petition is due within the deadlines set by the EAJA. The parties are encouraged to meet and confer before filing a fee petition.

Dated this 31st day of July, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 2